# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 26, 2019

Before: DAVID F. HAMILTON, Circuit Judge
AMY C. BARRETT, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

| | |
|---|---|
| No. 18-1982 | VANESSA MATHEWS, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>REV RECREATION GROUP, INC.,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:15-cv-00247-WCL-SLC<br>Northern District of Indiana, Fort Wayne Division<br>District Judge William C. Lee |

The judgment of the District Court is **AFFIRMED** , with costs, in accordance with the decision of this court entered on this date.